IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 119,726

In the Matter of DAVID E. HERRON II,
*Respondent.*

ORDER OF REINSTATEMENT

On May 10, 2019, this court suspended the respondent's license to practice law in Kansas for a period of 60 days. *In re Herron*, 309 Kan. 839, 441 P.3d 24 (2019).

On July 10, 2019, the respondent filed a petition for reinstatement under Supreme Court Rule 219 (2019 Kan. S. Ct. R. 270). The office of the Disciplinary Administrator responded that it has no objection to the respondent's petition for reinstatement.

The court has considered and grants the petition for reinstatement.

IT IS THEREFORE ORDERED that the respondent's license to practice law in Kansas is reinstated, conditioned upon the respondent's compliance with the annual continuing legal education requirements and upon his payment of all fees required by the Clerk of the Appellate Courts and the Kansas Continuing Legal Education Commission. See Supreme Court Rule 208 (adopted April 25, 2019) (attorney registration); Supreme Court Rule 811(a) (2019 Kan. S. Ct. R. 553) (continuing legal education). Upon receipt of proof of the completion of these conditions, the Clerk is directed to enter the respondent's name on the roster of attorneys actively engaged in the practice of law in Kansas.

IT IS FURTHER ORDERED that this order be published in the official Kansas Reports and that the costs herein be assessed to the respondent.

Dated this 11th day of September, 2019.